UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK A. BROWN | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| Petitioner | ) | CASE NO. 4:04CV1727 |
| | ) | |
| -vs- | ) | |
| | ) | JUDGMENT ENTRY |
| MARGARET BRADSHAW, WARDEN | ) | |
| | ) | |
| Respondent | ) | |

      This Court, having issued its Memorandum of Opinion and Order denying the Petition for Writ of Habeas Corpus, hereby dismisses this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could be taken in good faith as to ground 8. The Court issues a certificate of appealability pursuant to 28 U.S.C. 2253(c) and Fed.R.App.P.22(b) as to ground 8 only. As to all remaining grounds, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed.R.App.P. 22(b).

      IT IS SO ORDERED.

Date:  March 3, 2006                        /s/ John R. Adams
                                                JUDGE JOHN R. ADAMS
                                                UNITED STATES DISTRICT JUDGE